WOODS MOTOR VEHICLE COMPANY OF BUFFALO, Respondent, *v.* JAMES B. BRADY, Appellant.

(Submitted April 17, 1905; decided April 25, 1905.)

Motion for reargument denied, with ten dollars costs. (See 181 N. Y. 145.)

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH E. BURKE, Appellant *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Burke* v. *Greene,* 98 App. Div. 624, affirmed.
(Argued April 11, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1904, which dismissed a writ of certiorari and affirmed the proceedings of the defendant in dismissing the relator from the police force of the city of New York.

*Frank S. Black* and *Terence J. McManus* for appellant.

*John J. Delany,* Corporation Counsel (*Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT and WERNER, JJ. Dissenting: BARTLETT and VANN, JJ. Absent: GRAY, J.